UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOE LESTER, JR.,

               Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

CASE NO. 3:19-cv-06092-BAT

**ORDER**

Based on the stipulation between the parties (Dkt. 18) it is hereby **ORDERED** that the above-captioned case be **reversed and remanded** for further administrative proceedings including a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g). The administrative law judge (ALJ) will issue a new decision after a de novo review. Upon remand, the Appeals Council will instruct the ALJ to:

- offer Plaintiff the opportunity to submit additional evidence and arguments;
- further evaluate the opinion evidence as a whole and address it, as well as, any additional evidence submitted;
- further evaluate Plaintiff's maximum residual functional capacity;
- if warranted by the expanded record, seek supplemental vocational expert evidence on whether Plaintiff can perform any work with his assessed limitations;

ORDER - 1

and

- if a fully favorable decision cannot be granted on the record, give Plaintiff an opportunity for a new hearing.

The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 6th day of May, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER - 2